Kurz, Respondent, vs. Kurz and another, Appellants.

*December 12, 1903—January 12, 1904.*

*Equity: Quieting title: Evidence: Setting aside sheriff's sale on execution.*

Upon sufficient evidence showing that the plaintiff was unable to read or write the English language; that the land in question was bought with plaintiff's money exclusively; that, though the title was in her husband's name for a considerable time, plaintiff did not know of or consent to such holding; and that as soon as she learned of the fact the title was transferred to her, a judgment removing an apparent cloud upon her title, caused by a judgment obtained against her husband when the record title was in his name, and setting aside a sheriff's certificate of sale upon such judgment, is plainly right.

APPEAL from a judgment of the circuit court for Wood county: CHAS. M. WEBB, Circuit Judge. *Affirmed.*

The cause was submitted for the appellants on the briefs of *Gary & Forward,* and for the respondent on that of *John Bottensek.*

WINSLOW, J. There are no legal principles to be settled in this case; hence any detailed statement of facts is unnecessary. The action was brought by a married woman to remove an apparent cloud upon her title to real estate, caused by a judgment obtained against her husband when the record title was in his name, and to set aside a sheriff's certificate of sale upon such judgment. The court granted the relief sought upon sufficient evidence showing that the plaintiff

was unable to read or write the English language; that the land in question was bought with her money exclusively; that, though the title was in her husband's name for a considerable time, the plaintiff did not know of or consent to such holding; and that as soon as she learned of the fact the title was transferred to her. Upon these facts the judgment was plainly right.

*By the Court.*—Judgment affirmed.